```
                                                              2020 JAN 17 PM 2:02
                                                              CLERK U.S. DISTRICT COURT
                                                              CENTRAL DIST. OF CALIF.
                                                              LOS ANGELES
                                                              BY: _____
                                                                         FILED
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADFORD SHEPLEY,<br><br>    Defendant. | CR No. 20CR00038-PSG<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Heroin; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Heroin Resulting in Death] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

    Beginning on a date unknown to the Grand Jury, and continuing until on or about November 28, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRADFORD SHEPLEY and co-conspirators Jonathan Lowe and Arielle Tepel, together with others known and unknown to the Grand Jury, conspired with each other to knowingly and intentionally distribute and possess with intent to distribute heroin, a Schedule I narcotic controlled

///

substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

B. <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant SHEPLEY would obtain heroin to sell to customers.

2. Co-conspirator Lowe would contact defendant SHEPLEY to obtain heroin for further distribution.

3. Co-conspirator Lowe would arrange to sell the heroin supplied by defendant SHEPLEY to customers.

4. Co-conspirator Tepel would drive co-conspirator Lowe to meet defendant SHEPLEY to obtain the heroin before driving to pre-arranged locations so that co-conspirator Lowe could sell heroin to customers.

C. <u>OVERT ACTS</u>

On or about the following dates, in furtherance of the conspiracy and to accomplish its objects, defendant SHEPLEY and co-conspirators Lowe and Tepel, together with others known and unknown, committed various overt acts in Los Angeles County, within the Central District of California, including, but not limited to, the following:

<u>Overt Act No. 1</u>: On or before November 5, 2017, defendant SHEPLEY obtained heroin to distribute to drug customers.

<u>Overt Act No. 2</u>: On November 5, 2017, defendant SHEPLEY agreed to provide co-conspirator Lowe with heroin after co-conspirator Lowe had arranged to sell heroin to K.S.

Overt Act No. 3: On November 5, 2017, defendant SHEPLEY provided heroin to co-conspirator Lowe to sell to K.S.

Overt Act No. 4: On November 5, 2017, co-conspirator Tepel drove defendant SHEPLEY and co-conspirator Lowe to the parking lot of a Target retail store located in Westlake Village, California, so that co-conspirator Lowe could sell heroin to K.S.

Overt Act No. 5: On November 5, 2017, defendant SHEPLEY received payment for the heroin from co-conspirator Lowe after co-conspirator Lowe sold the heroin to K.S.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about November 5, 2017, in Los Angeles County, within the Central District of California, defendant BRADFORD SHEPLEY, knowingly and intentionally distributed heroin, and aided and abetted Jonathan Lowe's distribution of heroin, a Schedule I narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of K.S.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering, and
 Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
 Narcotics, Money Laundering, and
 Racketeering Section

KEITH D. ELLISON
Assistant United States Attorney
International Narcotics,
 Money Laundering, and
 Racketeering Section