1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF GABRIEL PEREZ</u>

I, Gabriel Perez, declare as follows:

1.    I am a Special Agent with the DEA.  I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.    Based on my review of the Ventura County Medical Examiner's Office Case Report for K.S., attached hereto as Exhibit A, and my conversations with Dr. Christopher Young, Chief Medical Examiner, I am aware of the following:

a.    Following the death of K.S., on November 6, 2017, the Ventura County Medical Examiner's Office initiated a forensic examination that included the collection of femoral blood and urine specimens from K.S.

b.    As part of their forensic examination, the Ventura County Medical Examiner's Office sent the specimens collected from K.S. to NMS Labs for toxicological screening and analysis.  A copy of the NMS Labs toxicology report is included in the Ventura County Medical Examiner Office Case Report for K.S.  (Exhibit A at 12-15.)

3.    On December 28, 2018, Jonathan Lowe ("Lowe") was indicted for the distribution of heroin resulting in K.S.'s death.  <u>United States v. Lowe, et al.</u>, CR 18-914-DSF, ECF No. 1 (C.D. Cal. Dec. 18, 2018).  At the request of Lowe's counsel, and with the government's consent, the Ventura County Medical Examiner's Office coordinated the transfer of the remaining femoral blood and urine specimens collected from K.S. from NMS Labs to Alere Forensics (now known as Ascertain Forensics) for independent forensic toxicological analysis on or about May 15, 2019.

4.     On April 27, 2021, I spoke with Dr. Othon Mena of the Ventura County Medical Examiner's Office, who told me that the Ventura County Medical Examiner's Office is not in possession any specimens collected from K.S. at this time.

5.     On April 27, 2021, I spoke with Christy Bowles, Forensics Account Manager for Ascertain Forensics, who told me that Ascertain Forensics currently retains femoral blood and urine specimens collected from K.S. in quantities suitable for further analysis.

6.     On April 28, 2021, I spoke with Don Macneil, the Director of Forensics at Ascertain Forensics, about the process for having the specimens returned to the Ventura County Medical Examiner's Office or transferred to another laboratory of defendant Bradford Shepley's choice.  He said that he would need to confer with his legal department before making any representations related to the process. He also said that the specimens would not be transported or disposed of without notifying me first.  Mr. Macneil later provided me with the contact information for Senior Litigation Counsel for Abbott Laboratories, the corporate parent of Ascertain Forensics.

7.     On April 30, 2021, I participated in a phone call with Abbott Laboratories's Senior Litigation Counsel.  As discussed in the call, Ascertain Forensics is willing to return the specimens to the Ventura County Medical Examiner's Office upon receipt of an official request from that office or pursuant to a lawful demand.  As of the time of this declaration, I am awaiting additional information from the Ventura County Medical Examiner's Office about its policies and procedures related to making such a request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that

1  this declaration is executed at Camarillo, California, on May 3,
2  2021.

3                                              5-3-2021
4                              _____
                                   GABRIEL PEREZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A



# Case Report



**Ventura County Medical Examiner Office**
**805-641-4400**

## Case Administration

This case is currently assigned to the county of: **Ventura**

| | | | | |
|---|---|---|---|---|
| Information hold: | No | | Toxicology sent: | 11/07/2017 |
| Restricted: | | | Toxicology received: | |
| Disposition: | Sent to Autopsy Facility | | | |
| Facility: | Ventura County, CA | | ME/C Approved for: | Cremation |
| Description: | 23 YO apparant heroin OD | | Permit issued: | |
| Authorized by: | James Baroni | | Ready for Release: | |
| Family notified of pending autopsy? | Yes | | | |
| Autopsy authorization: | ME/C ordered | | | |
| Notes: | | | | |
| Signed by: | Office of ME/C | | | |
| Signer: | Christopher Young | | | |

### Investigator

| | | | | |
|---|---|---|---|---|
| Name: | James Baroni | | 911 Call Received: | 2017-11-06 19:02 |
| Agency: | Ventura County Medical Examiner Office | | Investigator notified: | 2017-11-06 20:07 |
| Address 1: | 3291 Loma Vista | | Notified by: | Deputy Kevin Walters -VCSO |
| City: | Ventura | | Date investigated: | 2017-11-06 20:07 |
| State: | California | | Scene arrival: | 2017-11-06 21:07 |
| Zip Code: | 93003 | | Scene departure: | 2017-11-06 22:10 |
| Phone: | 805-641-4400 | | Office arrival: | 2017-11-06 22:45 |
| Fax: | 805-641-4410 | | Office departure: | |
| Email: | James.Baroni@ventura.org | | Departure location: | |
| | | | Regular miles: | |
| | | | Trans miles: | |
| | | | Time hours: | |
| | | | Time minutes: | |
| | | | Other information: | |
| | | | Received at facility: | |
| | | | Autopsy results requested by: | |

### Pathologist

| | | | | |
|---|---|---|---|---|
| Name: | Christopher Young | | Phone: | 805-641-4400 |
| Agency: | Ventura County Medical Examiners Office | | Email: | christopher.young@ventura.org |
| Address 1: | 3291 Loma Vista Rd | | | |
| City: | Ventura | | | |
| State: | California | | | |
| Zip Code: | 93003 | | | |

## Body Tracking

| | | | | |
|---|---|---|---|---|
| ID tag: | orange band | | Weight: | 152 lbs |
| Seal number: | ▇▇▇▇ | | Storage location: | |
| ME/C body bag provided: | Yes | | Storage location: | |

| Event | Location | Date | Received by | Released by | Affiliation | Comment |
|---|---|---|---|---|---|---|
| Received from | Scene | 11/06/2017 22:40 | | James Trejo and Justin Schimmel | Cathedral Mortuary Associates | |
| Released to | Funeral home | 11/07/2017 15:27 | Theresa Syto | James Baroni | Griffin Family Chapel FH ~ Thousand Oaks | |
| | **Funeral home:** Griffin Family Chapel FH ~ Thousand Oaks | | | | | |

## Identification

| | | | |
|---|---|---|---|
| **MDILog # :** | ██████ | **Sex:** | Male |
| **Case number:** | ██████ | **Race:** | White |
| **UBC:** | No | **Ethnicity:** | Non-Hispanic |
| **Status:** | Identified | **Date of birth:** | 1994-██ |
| **Method a:** | Visual (Witness) | **Date of death:** | 2017-11-06 |
| **Method b:** | Government Issued ID | **Time of death:** | Unknown |
| **Last name:** | S████ | **Pronounced:** | 2017-11-06 19:09 |
| **First name:** | K███ | **Pronounced by:** | Paramedic Madison - AMR |
| **Middle name:** | ██████ | **Found dead:** | 2017-11-06 00:00 |
| **Suffix:** | | **Found dead by:** | ████████ Father |
| **Alias:** | | **Age:** | ████████████████ |
| **Homeless:** | No | **Drivers license:** | ██████ |
| **Country:** | United States | **Registered donor:** | |
| **Address 1:** | ████████████ | **SSN:** | ██████████ |
| **Address 2:** | | **Birth country:** | ██████████ |
| **City:** | ██████ | **Birth state:** | ██████████ |
| **Township/Village:** | | **Marital status:** | ██████████ |
| **State:** | California | **Pregnant:** | |
| **County:** | Ventura | **Student status:** | |
| **Zip:** | ██████ | **Employment status:** | |
| **Inside city limits:** | Yes | **Occupation:** | |
| **Phone:** | | **Business/Industry:** | |
| | | **Employer:** | |
| | | **Education level:** | High School Graduate or GED Completed |
| | | **Veteran status:** | No |
| | | **Athletic status:** | |
| | | **Athletic description:** | |

## Circumstances of Death

| | |
|---|---|
| **Jurisdiction:** | County / Parish |
| **Scene investigated by law enforcement:** | Yes |
| **Agency** | VCSO-Thousand Oaks ~ Ventura County Sheriff's Office |
| **Incident #** | ██████████ |
| **Officer** | Kevin Walters |
| **Scene investigated by C/ME:** | Yes |
| **Doctor present?** | No |
| **Date investigated:** | 2017-11-06 20:07:00 |
| **Reason for reporting:** | Accidental death |
| **Related to partner violence:** | No |
| **Decedent in custody:** | No |
| **Police involved shooting:** | No |
| **Decedent has minor child?** | No |
| **Drugs involved:** | Yes |
| **Alcohol evidence:** | No |
| **Suspected suicide:** | No |
| **Hospice:** | No |
| **Indian Reservation:** | No |
| **Date LKA:** | 2017-11-05 |
| **Time LKA:** | 23:00 |

**Medical Treatment**

Non Indicated

**Clothing**

**Appropriate clothing:** Yes
**Description:** shirt and shorts

**Alerts to Pathologist**

Non Indicated

**Suspected Behaviors**

Non Indicated

**Case Remarks**



Lowe_000002

## Investigator Narrative

SUMMARY

This 23 YO male had a long history of heroin abuse. He had been living at a sober living house for the last 4 months and was kicked out on 11-04-17. He was LKA on 11-05-17 at about 2300 hrs. His parents found him dead in his room. He had a syringe in his hand. Heroin related paraphernalia and left-over drugs were in the room. 2 possible injection sites were in the left AC. The Sheriff's Narcotics team collected the phone and drug paraphernalia. Numerous RX drugs were present as well including buspirone, trazodone, clonazepam, naltrexone, abilify, quietapine, and doxyclcline.

INFORMATION LEADING TO THIS INVESTIGATION

On 11-06-2017, at approximately 2007 hours, I received a call from Deputy Kevin Walters with the Ventura County Sheriff's Office. Deputy Walters reported a death possibly related to a heroin overdose. He identified the decedent as K▆▆▆▆▆ S▆▆▆▆, age 23. Deputy Walters provided the following information based on the preliminary investigation. The decedent had been living at a sober living home but was kicked out on 11-04-2017. He had come back to live with his parents. He was last known to be alive on 11-05-2017 at about 2300 hours. He was in his room at that time. Both of his parents were at work today and when they came home they could not find the decedent and his bedroom door was locked. His father, ▆▆▆▆▆▆, was able to pick the lock and found the decedent collapsed onto the floor near the side of the bed. There was drug paraphernalia scattered throughout the room. 911 was called and the decedent was pronounced dead at 1909 hours by Paramedic Madison with AMR ambulance service.

RESPONSE AND ARRIVAL DATA

I arrived at the residence on 11-06-2017 at approximately 2107 hours. Several people from the Ventura County Sheriff's Office were present including Sgt. Norris, Deputy Walters, and Detectives Harwood, Nicholas, and Desjardins. Det. Harwood provided the following additional information. The decedent had a long history of drug use and had overdosed about 6 months ago.

SCENE SETTING AND DESCRITPION

The scene was a large single family home. The interior was clean and well maintained. The subject, to be described below, was in his bedroom.

The decedent was on the carpeted floor at the foot of his bed. He was in a kneeling-like position with his torso slumped forward and his face resting on a pillow. The arms were bent at the elbows. The left forearm was under the torso and the right hand was underneath the right lower leg. An uncapped syringe containing dark fluid was being held the decedent's right hand.

On the bed was an open bag of insulin syringes. On the dresser next to the decedent were several items including a spoon with brown residue, two lighters, an insulin syringe cap, cellophane containing a brown sticky substance, a water bottle with the cap off, and a pack of cigarettes. I took photos of the decedent and surrounding area.

The decedent was an adult Caucasian male, whose appearance was consistent with the age of 23 years. The hair was brown. The eyes were brown. No petechial hemorrhages were noted. Two possible puncture marks were noted in the right inner elbow area.

No trauma was noted. Medical therapy noted consisted of cardiac monitor leads on the arms and legs.

Clothing consisted of a shirt, shorts, and underwear. The pockets were empty and appeared to have been turned inside out prior to my arrival. No jewelry was noted.

Rigor mortis was fixed. Lividity was dark red to purple with some Tardieu hemorrhage, consistent with the position of the body, and blanched with firm pressure.

RELEVANT HISTORICAL INFORMATION

I then spoke with the decedent's parents, ▆▆▆▆▆▆▆▆▆, and they provided the following information. The decedent had completed a drug rehabilitation program at ▆▆▆▆▆▆. After that he went to live at the ▆▆▆▆▆▆▆▆▆▆▆ and had been there for the last 3-4 months. During that period he would occasionally come home for the weekend. He recently got kicked out of ▆▆▆▆▆▆▆ due to a personality dispute with the manager. He had been fine on 11-05-2017 and had no complaints.

PREVISOUS MEDICAL HISTORY AND CURRENT MEDICATIONS

According to the decedent's parents, the decedent's medical history included Crone's disease, hiatal hernia repair, appendix removal, bipolar disorder, anxiety, depression, and panic disorder. He was seeing a therapist and participating in IOP.

Medications found in the room included olanzapine, trazodone, zolpidem, clonazepam, naltrexone, quetiapine, and buspirone. I collected the medications. They will be inventoried on a separate sheet and then destroyed according to office practice. Refer to my full report for further details.

INVESTIGATOR'S ACTIONS

The decedent was placed into a white transportation bag which I sealed with tag # ███ on 11-06-2017 at about 2158 hours. The decedent was then transported to the Medical Examiner's Office by Cathedral Mortuary and Associates at my direction.

The drug paraphernalia was collected by the Ventura County Sheriff's Office

FAMILY NOTIFICATION AND DISPOSTION PLAN

I explained the known circumstances of the death and advised that a forensic examination would be performed.

The decedent was later released to Griffin Family Funeral Chapel in Thousand Oaks at the family's request.

CONCLUSION AND FOLLOW-UP PLAN

I have no other information to add to this report.

## Postmortem Scene Observations

| | | | |
|---|---|---|---|
| Date of exam by MDI: | 2017-11-06 21:15 | Non-therapeutic needle marks: | Yes |
| Approximate height: | 68 in | Injury to bowel: | No |
| Approximate weight: | 152 lbs | Samples collected by investigator: | No |
| Body location: | Indoors | Suspected MOD: | Accident |
| Body temperature: | Cool | Suspected COD | |
| Outside temperature: | Unknown | Non Indicated | |
| Thermostat setting: | Unknown | | |
| Thermostat reading: | Unknown | | |
| Room temperature: | Unknown | | |
| Rigor: | Firm | | |
| Lividity a: | Consistent with body position | | |
| Lividity b: | Blanches with firm pressure | | |
| Lividity notes: | | | |
| Decomposition: | None | | |
| Position discovered: | Prone | | |

## Secondary Party 1 of 2

| | | | |
|---|---|---|---|
| Last name: | ███ | Suspect: | No |
| First name: | ███ | Relationship: | Father |
| Middle name: | | Date referred to PF: | |
| Maiden name: | | Identified decedent: | |
| Date of birth: | | Next of kin: | Yes |
| Age: | | Legal guardian: | |
| Mobile phone: | ███ | Witness: | |
| | | First responder: | |
| | | Point of contact: | |
| | | Last saw decedent alive: | |

**Address 1**

| | |
|---|---|
| Category: | Primary Residence |
| Agency: | |
| Address 1: | ███ |
| Address 2: | |
| City: | ███ |
| Township/Village: | |
| State: | California |
| Zip: | ███ |
| Phone 1: | |
| Phone 2: | |
| Time at address: | |

**Next of Kin Details**

| | |
|---|---|
| Notified: | Yes, Kin at Scene |
| Notifying agency: | Rescue personnel |
| Notified on: | 2017-11-06 00:00:00 |
| Notified by: | rescue personnel |
| Claimed the body | Yes |

## Secondary Party 2 of 2

| | | | |
|---|---|---|---|
| **Last name:** | ██████ | **Suspect:** | No |
| **First name:** | ██████ | **Relationship:** | Mother |
| **Middle name:** | | **Date referred to PF:** | |
| **Maiden name:** | | **Identified decedent:** | |
| **Date of birth:** | | **Next of kin:** | Yes |
| **Age:** | | **Legal guardian:** | |
| **Mobile phone:** | ████████ | **Witness:** | |
| | | **First responder:** | |
| | | **Point of contact:** | |
| | | **Last saw decedent alive:** | |

### Address 1

| | |
|---|---|
| **Category:** | Primary Residence |
| **Agency:** | |
| **Address 1:** | ████████████ |
| **Address 2:** | |
| **City:** | ██████ |
| **Township/Village:** | |
| **State:** | California |
| **Zip:** | █████ |
| **Phone 1:** | |
| **Phone 2:** | |
| **Time at address:** | |

### Next of Kin Details

| | |
|---|---|
| **Notified:** | Yes, Kin at Scene |
| **Notifying agency:** | Rescue personnel |
| **Notified on:** | 2017-11-06 00:00:00 |
| **Notified by:** | rescue personnel |
| **Claimed the body** | Yes |

## Location 1 of 2

| | | | |
|---|---|---|---|
| **Description:** | | **Body found:** | |
| **Address 1:** | | **Scene:** | |
| **Address 2:** | | **Hospital:** | |
| **City:** | | **Injury:** | |
| **Township/Village:** | | **Final disposition:** | Yes |
| **State:** | | **Death location:** | |
| **County:** | | **Location other:** | |
| **Zip:** | | | |

### Final Disposition Details

| | | | |
|---|---|---|---|
| **Removed by:** | Theresa Syto | **Valuables included:** | |
| **Date of removal:** | 11/07/2017 15:27 | **Sent for autopsy:** | |
| **Funeral name:** | Griffin Family Chapel FH ~ Thousand Oaks | **Organ procurement:** | |
| **Funeral phone:** | | | |
| **FH license number:** | | | |
| **Cemetery:** | | | |
| **Cemetery city:** | | | |
| **Cemetery state:** | | | |

## Location 2 of 2

| | | | |
|---|---|---|---|
| **Description:** | Decedent Residence | **Body found:** | |
| **Address 1:** | ████████████ | **Scene:** | Yes |
| **Address 2:** | | **Hospital:** | |
| **City:** | ██████ | **Injury:** | Yes |
| **Township/Village:** | | **Final disposition:** | |
| **State:** | California | **Death location:** | Yes |
| **County:** | Ventura | **Location other:** | |
| **Zip:** | █████ | | |

## Scene Location Details

| | | | |
|---|---|---|---|
| Scene investigated: | 11/06/2017 19:09 | Photos by ME: | Yes |
| Police agency: | VCSO-Thousand Oaks ~ Ventura County Sheriff's Office | Photos by police: | Yes |
| | | Police on scene: | Yes |
| Police incident #: | ▮▮▮▮▮ | EMS/EMT on scene: | Yes |
| Officer: | Kevin Walters | | |

## Injury Location Details

| | | | |
|---|---|---|---|
| Place: | Decedent Residence | Date of injury: | 11/06/2017 |
| Description: | Probable Heroin OD by injection | Time of injury: | Unknown |
| Venue: | County/Parish | Injury/Death interval: | |
| Transportation injury: | Not applicable | At work: | |

## Location of Death Details

| | |
|---|---|
| Location of death: | Decedent Residence |
| Description: | apparent heroin OD by injection |

## Property/Evidence Log

| Describe items recovered: | | Origin: | Status: | Item DNR:#: |
|---|---|---|---|---|
| Long-Sleeve Shirt | gray and black | Autopsy | Released | |
| **Released by:** James Baroni (11/07/2017 15:27) | | | | |
| **Released to:** Theresa Syto, Funeral Home (11/07/2017 15:27) | | | | |
| Shorts | black | Autopsy | Released | |
| **Released by:** James Baroni (11/07/2017 15:27) | | | | |
| **Released to:** Theresa Syto, Funeral Home (11/07/2017 15:27) | | | | |

**BODY:**
**Released by:** James Trejo and Justin Schimmel (11/06/2017 22:40)
**Released to:**
**Released by:** James Baroni (11/07/2017 15:27)
**Released to:** Theresa Syto (11/07/2017 15:27)

## Medical History

**Information Source(s)**

Family

**Diseases/Disorders**

Non Indicated

**Cancer(s)**

Non Indicated

**Cardiac/Cardiovascular**

Non Indicated

**GI/GU**

Other GI Condition

**Hepatic**

Non Indicated

**Neurological**

Non Indicated

**Psychiatric Illness(es)**

Anxiety
Bipolar
Depression

**Tobacco Use**

| | |
|---|---|
| Usage: | Current User |
| Type: | Not Indicated |
| Description: | |

**Alcohol Use**

| | |
|---|---|
| Usage: | Unknown |
| Drinks per day: | |

**Drug Use**

**Usage:**       Heavy, Past
**Description:** heroin

**Drug and Alcohol Treatment**

Not Indicated

| **Health Care Provider** | **Dental Care Provider** |
|---|---|
| **Physician name:** | **Dentist name:** |
| **Clinic name:** | **Clinic name:** |
| **Address:** | **Address:** |
| **City:** | **City:** |
| **State:** | **State:** |
| **Phone:** | **Phone:** |
| **Date last seen:** | **Date last seen:** |

## Medications Log

| **Brand name:** | Seroquel | **Physician:** | A█ S█████ |
| **Generic name:** | Quetiapine fumarate | **Dose instructions:** | take at night |
| **Dose/Delivery:** | 300mg Tablet; oral | **Pills per day:** | 3.0 |
| **Name on container:** | K███ S████ | **Number prescribed:** | 90 |
| **Rx number:** | ███████ | **Expected remaining:** | 0 |
| **Date of Rx:** | 09/29/2017 | **Number remaining:** | 20 |
| **Phone number:** | 818-889-1234 | **Used for:** | antipsychotic (atypical), schizophrenia, |
| **Store name city:** | CVS #10918 Oak Park | | bipolar disorder, others |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| **Brand name:** | | **Physician:** | A█ S█████ |
| **Generic name:** | trazodone | **Dose instructions:** | take at bedtime |
| **Dose/Delivery:** | 150 mg | **Pills per day:** | 3.0 |
| **Name on container:** | K███ S████ | **Number prescribed:** | 90 |
| **Rx number:** | ███████ | **Expected remaining:** | 0 |
| **Date of Rx:** | 08/30/2017 | **Number remaining:** | 72 |
| **Phone number:** | 818-889-1234 | | |
| **Store name city:** | CVS #10918 Oak Park | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| **Brand name:** | Seroquel | **Physician:** | C██████ K█████ |
| **Generic name:** | Quetiapine fumarate | **Dose instructions:** | bedtime |
| **Dose/Delivery:** | 300 mg | **Pills per day:** | 3.0 |
| **Name on container:** | K███ S████ | **Number prescribed:** | 80 |
| **Rx number:** | ███████ | **Expected remaining:** | 0 |
| **Date of Rx:** | 06/28/2017 | **Number remaining:** | 14 |
| **Phone number:** | 805-495-2110 | **Used for:** | antipsychotic (atypical), schizophrenia, |
| **Store name city:** | All Med Drugs | | bipolar disorder, others |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| Brand name: | Desyrel | Physician: | ████ K████ |
|---|---|---|---|
| Generic name: | Trazodone hydrochloride | Dose instructions: | bedtime |
| Dose/Delivery: | 150 mg | Pills per day: | 3.0 |
| Name on container: | K██ S██ | Number prescribed: | 80 |
| Rx number: | ██████ | Expected remaining: | 0 |
| Date of Rx: | 06/26/2017 | Number remaining: | 13 |
| Phone number: | 805-495-2110 | Used for: | antidepressant (Desyrel and others) |
| Store name city: | All Med Drugs | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| Brand name: | Seroquel | Physician: | ████ K████ |
|---|---|---|---|
| Generic name: | Quetiapine fumarate | Dose instructions: | bedtime |
| Dose/Delivery: | 300 mg | Pills per day: | 3.0 |
| Name on container: | K██ S██ | Number prescribed: | 90 |
| Rx number: | ██████ | Expected remaining: | 0 |
| Date of Rx: | 05/30/2017 | Number remaining: | 9 |
| Phone number: | 805-495-2110 | Used for: | antipsychotic (atypical), schizophrenia, bipolar disorder, others |
| Store name city: | All Med Drugs | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| Brand name: | Revia | Physician: | ████ K████ |
|---|---|---|---|
| Generic name: | Naltrexone hydrochloride | Dose instructions: | bedtime |
| Dose/Delivery: | 50 mg | Pills per day: | 1.0 |
| Name on container: | K██ S██ | Number prescribed: | 30 |
| Rx number: | ██████ | Expected remaining: | 0 |
| Date of Rx: | 05/26/2017 | Number remaining: | 26 |
| Phone number: | 805-495-2110 | | |
| Store name city: | All Med Drugs | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| Brand name: | Bentyl | Physician: | ████ K████ |
|---|---|---|---|
| Generic name: | Dicyclomine hydrochloride | Dose instructions: | every 8 hrs |
| Dose/Delivery: | 20 mg | Pills per day: | 3.0 |
| Name on container: | K██ S██ | Number prescribed: | 20 |
| Rx number: | ██████ | Expected remaining: | 0 |
| Date of Rx: | 05/06/2017 | Number remaining: | 19 |
| Phone number: | 805-495-2110 | Used for: | smoothe muscle relant, irritable bowel, anticholinergic |
| Store name city: | All Med Drugs | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| Brand name: | TargaDox | Physician: | unk |
|---|---|---|---|
| Generic name: | Doxycycline hyclate | Dose instructions: | unk |
| Dose/Delivery: | Eq 50mg base Tablet; oral | Pills per day: | 0.0 |
| Name on container: | none | Number prescribed: | 20 |
| Rx number: | none | Expected remaining: | 0 |
| Date of Rx: | | Number remaining: | 18 |
| Phone number: | | | |
| Store name city: | physician sample | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |



| | | |
|---|---|---|
| **Brand name:** | | **Physician:** unk |
| **Generic name:** Trazodone hydrochloride | | **Dose instructions:** Take at bedtime |
| **Dose/Delivery:** 50 mg | | **Pills per day:** 1.0 |
| **Name on container:** none | | **Number prescribed:** 60 |
| **Rx number:** ▮▮▮▮ | | **Expected remaining:** 0 |
| **Date of Rx:** 04/22/2017 | | **Number remaining:** 68 |
| **Phone number:** 800-716-2773 | | |
| **Store name city:** Express Scripts | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| | | |
|---|---|---|
| **Brand name:** Klonopin | | **Physician:** unk |
| **Generic name:** Clonazepam | | **Dose instructions:** |
| **Dose/Delivery:** 2 mg | | **Pills per day:** 2.0 |
| **Name on container:** K▮▮ S▮ | | **Number prescribed:** 60 |
| **Rx number:** ▮▮▮▮ | | **Expected remaining:** 0 |
| **Date of Rx:** 04/14/2016 | | **Number remaining:** 0 |
| **Phone number:** 818-597-1370 | | **Used for:** anticonvulsant, muscle relaxant, benzodiazepine |
| **Store name city:** Pavillions | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |

| | | |
|---|---|---|
| **Brand name:** Abilify | | **Physician:** W▮▮ V▮ |
| **Generic name:** aripiprazole | | **Dose instructions:** bedtime |
| **Dose/Delivery:** 10 mg | | **Pills per day:** 1.0 |
| **Name on container:** K▮ S▮ | | **Number prescribed:** 30 |
| **Rx number:** ▮▮▮▮ | | **Expected remaining:** 0 |
| **Date of Rx:** 03/09/2016 | | **Number remaining:** 21 |
| **Phone number:** 818-597-1370 | | |
| **Store name city:** Pavillions | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |

| | | |
|---|---|---|
| **Brand name:** Buspar | | **Physician:** W▮▮ V▮ |
| **Generic name:** Buspirone | | **Dose instructions:** |
| **Dose/Delivery:** 30 mg | | **Pills per day:** 2.0 |
| **Name on container:** K▮ S▮ | | **Number prescribed:** 60 |
| **Rx number:** ▮▮▮▮ | | **Expected remaining:** 0 |
| **Date of Rx:** 02/12/2016 | | **Number remaining:** 57 |
| **Phone number:** 818-597-1370 | | |
| **Store name city:** Pavillions | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |

| | | |
|---|---|---|
| **Brand name:** Klonopin | | **Physician:** W▮▮ V▮ |
| **Generic name:** Clonazepam | | **Dose instructions:** as needed for anxiety |
| **Dose/Delivery:** 1 mg | | **Pills per day:** 2.0 |
| **Name on container:** K▮ S▮ | | **Number prescribed:** 60 |
| **Rx number:** ▮▮▮▮ | | **Expected remaining:** 0 |
| **Date of Rx:** 01/12/2016 | | **Number remaining:** 37 |
| **Phone number:** 818-597-1370 | | **Used for:** anticonvulsant, muscle relaxant, benzodiazepine |
| **Store name city:** Pavillions | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |



DOD: 11/06/2017
Lowe_000009

| | | | | |
|---|---|---|---|---|
| **Brand name:** | | **Physician:** | ▇▇ ▇▇▇▇ ▇ | |
| **Generic name:** | Sulfamethoxazole | **Dose instructions:** | 1 tab 2x a day for 1 week | |
| **Dose/Delivery:** | 800 mg | **Pills per day:** | 2.0 | |
| **Name on container:** | K▇▇ S▇ | **Number prescribed:** | 14 | |
| **Rx number:** | Clinic dispersal no # | **Expected remaining:** | 0 | |
| **Date of Rx:** | | **Number remaining:** | 11 | |
| **Phone number:** | 805-371-4499 | | | |
| **Store name city:** | Bryant Ranch | | | |

| Event | Location/Agency | Description | By | Date |
|---|---|---|---|---|
| Collected from | Scene | In backpack | James Baroni | 11/06/2017 00:00 |
| Destroyed by | ME/C Office | Placed in disposal bin | James Baroni | 11/06/2017 00:00 |

## Drugs/Poisoning 1 of 1

| | | | |
|---|---|---|---|
| **Drug or poison type:** | Opioids | **Amount of poison ingested:** | |
| **Name of substance(s):** | | **Safety device:** | |

**Notes**

Syringes and probable heroin at the scene

## Autopsy

### Body Bag Information

| | | | |
|---|---|---|---|
| **Body bag sealed:** | | **Seal number:** | ▇▇▇▇ |
| **Body bag has ID:** | | **Name/Number on ID Tag:** | orange band |

### Autopsy Information

| | | | |
|---|---|---|---|
| **Autopsy procedure:** | Full | **Autopsy case #:** | |
| **Exam date:** | 11/07/2017 00:00 | **X-Rays:** | No |
| **Autopsy assistant:** | Janelle Payne | **Photos:** | Yes |
| **Findings availability:** | | **Number of photos:** | |
| **Tobacco use contribute** | | **Histology:** | Yes |
| **to death:** | | **Number of slides:** | 4 |
| **Autopsy report signed:** | 12/19/2017 | **Toxicology:** | Yes |
| **Persons in attendance:** | | **Specimens drawn:** | Yes |
| | | **Remains:** | Human |

### Cause/Manner of Death

**Death certificate number:**

**COD/Circumstances type:** - Drug Death-Acute Intoxication

| Immediate cause: | Interval (Onset to Death) |
|---|---|
| a. Heroin Intoxication | Minutes |
| **Due to (or as a consequence of)** | |
| b. | |
| **Due to (or as a consequence of)** | |
| c. | |
| **Due to (or as a consequence of)** | |
| d. | |
| **Other conditions:** | |

**Injury description:** Injected heroin

**Manner of death:** Accident

### Body Identification

| Status | Type | Method A | Method B |
|---|---|---|---|
| Investigator | Identified | Visual (Witness) | Government Issued ID |
| Pathologist | | | |

## Other Body Information

### Body Weights/Length

**Body length:** 68 in
**Body weight:** 152 lbs
**Body mass index:** 23.11 kg/m2

### Body Has

**Gallbladder:** Yes
**Appendix:** No
**Uterus:**

### Head Description

**Hair color:**
**Facial hair:**
**Right eye color:**
**Left eye color:**

### Stomach Contents

**Description:**
**Volume:**

### Fractures

### Autopsy notes:

### Measurements

**Heart:** 275 grams
**Right lung:** 660 grams
**Left lung:** 620 grams
**Liver:** 1250 grams
**Spleen:** 140 grams
**Right kidney:** 110 grams
**Left kidney:** 120 grams
**Brain:** 1550 grams
**Thymus:**
**Pericardial:**
**Right pleural:**
**Left pleural:**
**Peritoneal:**
**Urine:** 250 mL

## Toxicology

| | | |
|---|---|---|
| **Specimen/Tissues & Fluids:** Femoral Blood | **Test:** | Analysis by High Performance Liquid Chromatography/Time of Flight-Mass Spectrometry (LC/TOF-MS) |
| **Received from:** | | |
| **Taken from:** | | |
| **Date obtained:** | **Analyte name:** | Cotinine |
| **Date disposed:** | **Concentration:** | Positive |
| **MDILog received:** 11/16/2017 | **Units:** | ng/mL |
| | **Contributed to death:** | |

| | | |
|---|---|---|
| **Specimen/Tissues & Fluids:** Femoral Blood | **Test:** | Analysis by High Performance Liquid Chromatography/TandemMass Spectrometry (LC-MS/MS) |
| **Received from:** | | |
| **Taken from:** | | |
| **Date obtained:** | **Analyte name:** | Codeine - Free |
| **Date disposed:** | **Concentration:** | 7.0 |
| **MDILog received:** 11/16/2017 | **Units:** | ng/mL |
| | **Contributed to death:** | |

| | | |
|---|---|---|
| **Specimen/Tissues & Fluids:** Femoral Blood | **Test:** | Analysis by High Performance Liquid Chromatography/TandemMass Spectrometry (LC-MS/MS) |
| **Received from:** | | |
| **Taken from:** | | |
| **Date obtained:** | **Analyte name:** | Morphine - Free |
| **Date disposed:** | **Concentration:** | 88 |
| **MDILog received:** 11/16/2017 | **Units:** | ng/mL |
| | **Contributed to death:** | |

| | | |
|---|---|---|
| **Specimen/Tissues & Fluids:** Femoral Blood | **Test:** | Analysis by High Performance Liquid Chromatography/TandemMass Spectrometry (LC-MS/MS) |
| **Received from:** | | |
| **Taken from:** | | |
| **Date obtained:** | **Analyte name:** | 6-Monoacetylmorphine - Free |
| **Date disposed:** | **Concentration:** | 3.4 |
| **MDILog received:** 11/16/2017 | **Units:** | ng/mL |
| | **Contributed to death:** | |

### DNA

**Status:** Sample available (not yet submitted)

### Transfer Logs

| Released By | Received By | Date & Time | Purpose of Transfer |
|---|---|---|---|

**Toxicologist:**

**Laboratory Notes:**
Gray top femoral x3 Bottle of urine Gray and red top vitreous

## Toxicology Report Page 1



NMS Labs

3701 Welsh Road, PO Box 433A, Willow Grove, PA 19090-0437
Phone: (215) 657-4900  Fax: (215) 657-2972
e-mail: nms@nmslabs.com
Robert A. Middleberg, PhD, F-ABFT, DABCC-TC, Laboratory Director

**CONFIDENTIAL**

### Toxicology Report

**Report Issued**  11/16/2017 14:14

To: 
Ventura County Medical Examiner's Office
Attn: Laura Luna
3291 Loma Vista Road
Ventura, CA  93003

**Patient Name**  S█████ K█████
**Patient ID**
**Chain**
**Age** 23 Y    **DOB** ████ 1994
**Gender**  Male
**Workorder**

Page 1 of 4

### Positive Findings:

| Compound | Result | Units | Matrix Source |
|---|---|---|---|
| Cotinine | Positive | ng/mL | 001 - Femoral Blood |
| Codeine - Free | 7.0 | ng/mL | 001 - Femoral Blood |
| Morphine - Free | 88 | ng/mL | 001 - Femoral Blood |
| 6-Monoacetylmorphine - Free | 3.4 | ng/mL | 001 - Femoral Blood |

See Detailed Findings section for additional information

### Testing Requested:

| Analysis Code | Description |
|---|---|
| 8052B | Postmortem, Expanded, Blood (Forensic) |

### Specimens Received:

| ID | Tube/Container | Volume/ Mass | Collection Date/Time | Matrix Source | Miscellaneous Information |
|---|---|---|---|---|---|
| 001 | Gray Top Tube | 9 mL | Not Given | Femoral Blood | |
| 002 | Gray Top Tube | 6 mL | Not Given | Femoral Blood | |
| 003 | White Plastic Container | 60 mL | Not Given | Urine | |

All sample volumes/weights are approximations.

Specimens received on 11/08/2017.

NMS v.18.0

## Toxicology Report Page 2

 

**CONFIDENTIAL**

Workorder
Chain
Patient ID

Page 2 of 4

**Detailed Findings:**

| Analysis and Comments | Result | Units | Rpt. Limit | Specimen Source | Analysis By |
|---|---|---|---|---|---|
| Cotinine | Positive | ng/mL | 200 | 001 - Femoral Blood | LC/TOF-MS |
| Codeine - Free | 7.0 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| Morphine - Free | 88 | ng/mL | 5.0 | 001 - Femoral Blood | LC-MS/MS |
| 6-Monoacetylmorphine - Free | 3.4 | ng/mL | 1.0 | 001 - Femoral Blood | LC-MS/MS |

**Other than the above findings, examination of the specimen(s) submitted did not reveal any positive findings of toxicological significance by procedures outlined in the accompanying Analysis Summary.**

**Reference Comments:**

1. 6-Monoacetylmorphine - Free (6-MAM; Heroin Metabolite) - Femoral Blood:

   6-monoacetylmorphine (6-MAM) is the 6-monoacetylated form of morphine, which is pharmacologically active. When present it is generally indicative of heroin (diacetylmorphine) use. 6-MAM has also been reported to occur as an artifact in samples with unusually high blood morphine concentrations. It may be present in both conjugated and unconjugated forms.

   A healthy man administered 12 mg heroin intravenously achieved peak blood concentrations at two minutes post injection of 141 ng/mL of heroin and 151 ng/mL of 6-monoacetylmorphine and 41 ng/mL of morphine.

   Eight subjects who died within fifteen minutes of heroin administration had free morphine concentrations of 360 ng/mL and 6-monoacetylmorphine concentrations of 19 ng/mL.

2. Codeine - Free - Femoral Blood:

   Codeine is a DEA Schedule III narcotic analgesic with central nervous system depressant activity. An adult therapeutic regimen for codeine is 30 to 60 mg four to six times daily as needed. Morphine is a demethylated metabolite of codeine. Hydrocodone is also a reported metabolite of codeine. Reported peak plasma levels of codeine averaged 134 ng/mL at 1 hr. following a single 60 mg oral dose of codeine phosphate. Plasma morphine concentration reached a peak of 7 ng/mL.

   Concentrations in excess of the therapeutic level may cause drowsiness and mental clouding including impairment of coordination, judgment, alertness and response time. Signs seen with excessive use of this substance may include hypotension, convulsions, coma and respiratory failure. Reported blood concentrations of free codeine in codeine-related fatalities range from 1000 - 8800 ng/mL.

3. Cotinine (Nicotine Metabolite) - Femoral Blood:

   Cotinine is a metabolite of nicotine and may be encountered in the fluids and tissues of an individual as a result of tobacco exposure.

   Anabasine is a natural product occurring in tobacco, but not in pharmaceutical nicotine and a separate test for anabasine in urine can be used to distinguish tobacco from pharmaceutical nicotine use.

   The reported qualitative result for this substance was based upon a single analysis only. If confirmation testing is required please contact the laboratory.

4. Morphine - Free (Codeine Metabolite) - Femoral Blood:

   Morphine is a DEA Schedule II narcotic analgesic. In analgesic therapy, it is usually encountered as the parent compound, however, it is also commonly found as the metabolite of codeine and heroin. In illicit preparations from which morphine may arise, codeine may be present as a contaminant. A large portion of the morphine is bound to the blood proteins or is conjugated; that which is not bound or conjugated is termed 'free morphine'. Hydromorphone is a reported metabolite of morphine.

   In general, free morphine is the active biologic agent. Morphine has diverse effects that may include analgesia, drowsiness, nausea and respiratory depression. 6-monoacetylmorphine (6-MAM) is the 6-monoacetylated form of morphine, which is pharmacologically active. It is commonly found as the result of heroin use.

NMS v.18.0

## Toxicology Report Page 3

 **CONFIDENTIAL**

**Workorder**
**Chain**
**Patient ID** 

**Page 3 of 4**

### Reference Comments:

Peak serum concentrations occur within 10 to 20 minutes of a 10 mg/70 kg intramuscular dose, with an average concentration of 60 ng/mL 30 minutes following administration. IV administration of the same dose resulted in an average concentration of 80 ng/mL after 30 minutes. Chronic pain patients receiving an average of 90 mg (range 20 - 1460) daily oral morphine had average serum concentrations of 73 ng/mL (range 13 - 710) morphine. In 15 cases where cause of death was attributed to opiate toxicity (heroin, morphine or both), free morphine concentrations were 0 - 3700 ng/mL (mean = 420 +/- 940). In comparison, in cases where COD was unrelated to opiates (n=20) free morphine was 0 - 850 ng/mL (mean = 90 +/- 200). The ratio of whole blood concentration to serum or plasma concentration is approximately one.

Unless alternate arrangements are made by you, the remainder of the submitted specimens will be discarded two (2) years from the date of this report; and generated data will be discarded five (5) years from the date the analyses were performed.

Workorder ▮▮▮▮▮ was electronically
signed on 11/16/2017 13:13 by:

*L. Paul Miller*

Paul Miller,
Certifying Scientist

### Analysis Summary and Reporting Limits:

All of the following tests were performed for this case. For each test, the compounds listed were included in the scope. The Reporting Limit listed for each compound represents the lowest concentration of the compound that will be reported as being positive. If the compound is listed as None Detected, it is not present above the Reporting Limit. Please refer to the Positive Findings section of the report for those compounds that were identified as being present.

Acode 500168 - Opiates - Free (Unconjugated) Confirmation, Blood (Forensic) - Femoral Blood

-Analysis by High Performance Liquid Chromatography/
TandemMass Spectrometry (LC-MS/MS) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| 6-Monoacetylmorphine - Free | 1.0 ng/mL | Hydromorphone - Free | 1.0 ng/mL |
| Codeine - Free | 5.0 ng/mL | Morphine - Free | 5.0 ng/mL |
| Dihydrocodeine / Hydrocodol - Free | 5.0 ng/mL | Oxycodone - Free | 5.0 ng/mL |
| Hydrocodone - Free | 5.0 ng/mL | Oxymorphone - Free | 1.0 ng/mL |

Acode 8052B - Postmortem, Expanded, Blood (Forensic) - Femoral Blood

-Analysis by Enzyme-Linked Immunosorbent Assay (ELISA) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Barbiturates | 0.040 mcg/mL | Salicylates | 120 mcg/mL |
| Cannabinoids | 10 ng/mL | | |

-Analysis by Headspace Gas Chromatography (GC) for:

| Compound | Rpt. Limit | Compound | Rpt. Limit |
|---|---|---|---|
| Acetone | 5.0 mg/dL | Isopropanol | 5.0 mg/dL |
| Ethanol | 10 mg/dL | Methanol | 5.0 mg/dL |

NMS v.18.0



## Toxicology Report Page 4

 **CONFIDENTIAL**

Workorder
Chain
Patient ID 

Page 4 of 4

**Analysis Summary and Reporting Limits:**

-Analysis by High Performance Liquid
Chromatography/Time of
Flight-Mass Spectrometry (LC/TOF-MS) for: The following is a general list of compound classes included in this
screen. The detection of any specific analyte is concentration-dependent. Note, not all known analytes in each
specified compound class are included. Some specific analytes outside these classes are also included. For a
detailed list of all analytes and reporting limits, please contact NMS Labs.
Amphetamines, Anticonvulsants, Antidepressants, Antihistamines, Antipsychotic Agents, Benzodiazepines, CNS
Stimulants, Cocaine and Metabolites, Hallucinogens, Hypnosedatives, Hypoglycemics, Muscle Relaxants, Non-
Steroidal Anti-Inflammatory Agents, Opiates and Opioids.

NMS v.18.0

**Autopsy Report Page 1**



**Medical Examiner**
**Ventura County**
**State of California**

## AUTOPSY REPORT

 

**PERFORMED BY**: Christopher Ray Young, M.D.
**PERFORMED AT**: Ventura County Medical Examiner's Office
**DATE/TIME**: November 7, 2017 at 0806 hours

**CAUSE OF DEATH**: Heroin Intoxication

**MANNER OF DEATH**: Accident

**AUTOPSY FINDINGS:**

I.   Heroin Intoxication
    A.   Blood opiates:
        1.   Morphine, free:  88 ng/mL
        2.   6-monoacetylmorphine:  3.4 ng/mL
        3.   Codeine: 7.0 ng/mL
    B.   Injection sites in the right antecubital fossa
    C.   Drug paraphernalia and solid dose drug identified at the scene
    D.   History of reported drug use since the age of 15

II.   No injuries

**HISTORY:**  The decedent was found collapsed in his locked bedroom with drug paraphernalia and solid dose drug nearby.

**CONCLUSION:**  Based upon the autopsy findings and history, it is my opinion that K████ █████ a 23-year-old Caucasian man, died as a result of heroin intoxication.

**EXTERNAL DESCRIPTION**

The body is identified by an orange tag around the right ankle.  No personal effects or jewelry are present at the time of examination.

The body is that of a well-developed, well-nourished Caucasian man whose appearance is somewhat younger appearing than the stated age of 23 years.  The body weighs 152 pounds and is 68 inches long.  The body is cool, rigor is mostly relaxed and lividity is anterior and fixed with prominent Tardieu spots on the chest and face.  Pressure blanching is along the right side of the chest and axilla.  Preservation is good in the absence of embalming.

**Autopsy Report Page 2**

The scalp hair is dark brown, wavy and thick, and up to 2 ¼ inches in greatest length.  The irides are brown, and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae.  Coarse Tardieu-type spots are present on the inferior right conjunctivum.  The ears, nose and lips are normally formed.  The earlobes each appear cosmetically pierced.  There are no fluid collections in either external auditory canal.  The dentition is natural and in good repair.  The mouth is lined by thick red-brown mucoid material.  Bloody purge is present around the nostrils.  The face is covered by dark stubble.  The trachea is palpable in the midline and the neck is free of external evidence of injury.  The chest and breasts are symmetrical.  The abdomen is soft and flat.  The upper extremities are normally developed and symmetrical.  The fingernails are trimmed flush with the tips of the fingers.  A needle track-type scar with three or four fresh appearing purple-blue needle puncture marks is in the right antecubital fossa.  Two produce blood upon manipulation.  Additional perivenous scarring is in a linear distribution over the right antecubital fossa.  A possible needle puncture mark with surrounding blotchy pink-blue to yellow-brown ecchymosis is on the distal right flexor forearm.  A 1/8 inch verruca is on the dorsal surface of the right thumb near the nailbed.  The external genitalia, anus and perineum are uninjured.  The scrotum has early desiccation and the penis is circumcised.  Testicles are bilaterally descended in the scrotum.  The pubic hair pattern is appropriate for age and sex.  The lower extremities are normally developed and symmetrical.  The toenails are trimmed flush with the tips of the toes.  The soles of the feet are uninjured.  The back is unremarkable.

**IDENTIFYING MARKS AND SCARS:**

1. A scroll lettering gray-blue tattoo on the right shoulder reads "Perseverance"
2. Two horizontal ¼ inch linear scars are in the left upper abdominal quadrant

**INTERNAL EXAMINATION:**
**ORGAN WEIGHTS:**

| | | |
|---|---|---|
| Brain: 1550 g | R. Lung: 660 g | R. Kidney: 110 g |
| Heart: 275 g | L. Lung: 620 g | L. Kidney: 120 g |
| Liver: 1250 g | Spleen: 140 g | |

**Body Cavities:**  The thoracic and abdominal organs are in their normal anatomic positions.  The body cavities contain no abnormal collections of fluid.  Subtle adhesions surround the cecum.

**Head:**  The scalp, subscalpular area and skull are unremarkable.  The dura and dural sinuses are unremarkable.  There are no epidural, subdural or subarachnoid hemorrhages.  The leptomeninges are thin and delicate.  The cerebral hemispheres are symmetrical with an unremarkable gyral pattern.  The cranial nerves and blood vessels are unremarkable.  Sections through the cerebral hemispheres, brainstem and cerebellum are unremarkable.  There are no hemorrhages in the deep white matter or basal ganglia.  The cerebral ventricles contain no blood.

**Neck:**  The soft tissues and prevertebral fascia are unremarkable.  The hyoid bone and larynx are intact.

**Cardiovascular System:**  The intimal surface of the abdominal aorta is free of atherosclerosis.  The aorta and its major branches and the great veins are normally distributed.  The pericardium, epicardium and endocardium are smooth, glistening and unremarkable.  There are no thrombi in the atria or ventricles.  The foramen ovale is guarded.  The coronary arterial system is left dominant and free of atherosclerosis.  The atrial and ventricular septa are intact.  The cardiac valves are unremarkable.  The myocardium is dark red-brown and firm, and there are no focal abnormalities.  The left ventricle averages 1 cm and the right 0.3 cm in thickness.

**Autopsy Report Page 3**

**Respiratory System:**  The upper airway is unobstructed.  The laryngeal mucosa is smooth and without petechiae.  The pleural surfaces are smooth and shiny.  The pulmonary arteries contain no emboli.  The major bronchi of the right lung contain green-brown soft gastric material.  The bronchi are otherwise unremarkable.  Sectioning of the lungs discloses a dark red-blue, moderately congested parenchyma.

**Hepatobiliary System:**  The liver is covered by a smooth glistening capsule.  The parenchyma is dark red-brown and moderately congested.  The gallbladder contains no calculi.

**Digestive System:**  The esophageal mucosa is gray, smooth and unremarkable.  The stomach contains approximately 700 mL of soft dark green-brown masticated food including identifiable portions of noodles and rice.  There are no tablets or capsules.  The gastric mucosa has normal rugal folds, and there are no ulcers.  The small and large intestines are unremarkable.  The appendix is absent.  The pancreas is unremarkable externally and upon sectioning.

**Genitourinary System:**  The renal subcapsular surfaces are smooth and slightly lobulated.  The cortices are of normal thickness.  The calyces, pelves and ureters are unremarkable.  The urinary bladder contains approximately 250 mL of clear yellow urine.

**Endocrine System:**  The thyroid and adrenal glands are unremarkable externally and upon sectioning.

**Reticuloendothelial System:**  The spleen is covered by a smooth, blue-gray intact capsule.  The parenchyma is unremarkable.  The lymph nodes are unremarkable.

**Musculoskeletal System:**  The clavicles, ribs, sternum, pelvis and vertebral column have no fractures.  The diaphragm is intact.

**MICROSCOPIC EXAMINATION:**

Heart:  Sections of heart are unremarkable without inflammation, fibrosis or necrosis.

Lungs:  Sections of lung have minimal focal edema.  Vasculature is congested.  Some bronchi contain mucous, and bacterial colonies.  No significant inflammation is seen

Liver:  The section of liver has prominent central congestion and is otherwise unremarkable.

Kidneys:  Sections of kidney are histologically unremarkable.

CRY.ks