UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-38-DSF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [21 U.S.C. § 851: Proceedings to Establish Prior Felony Drug Convictions] |
| BRADFORD SHEPLEY, | |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

[21 U.S.C. § 851]

Defendant BRADFORD SHEPLEY, prior to committing the offenses alleged in Counts One and Two of the Indictment in United States v. Bradford Shepley, No. CR 20-38-DSF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about June 1, 2017, in the Superior Court of the State of California, County of Los Angeles, case number PA088352, defendant SHEPLEY was convicted of Transportation or Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11352(a).

COUNT TWO

[21 U.S.C. § 851]

Defendant BRADFORD SHEPLEY, prior to committing the offenses alleged in Counts One and Two of the Indictment in <u>United States v. Bradford Shepley</u>, No. CR 20-38-DSF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about June 1, 2017, in the Superior Court of the State of California, County of Los Angeles, case number PA088352, defendant SHEPLEY was convicted of Possession or Purchase for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351.

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
 Money Laundering, and
 Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
 Narcotics, Money Laundering, and
 Racketeering Section

KEITH D. ELLISON
Assistant United States Attorney
International Narcotics,
 Money Laundering, and
 Racketeering Section

2