# Victor Sherman

| | |
|---|---|
| **From:** | Victor Sherman |
| **Sent:** | Wednesday, April 12, 2023 12:40 PM |
| **To:** | Ellison, Keith (USACAC) 1 |
| **Cc:** | Vicki Probereski (vip60@aol.com) |
| **Subject:** | FW: Shepley |
| **Attachments:** | 2023_04_12_12_02_09.pdf |

I've circled a prescription from a pharmacy which prescribed suboxone to Shepley before he was incarcerated to help him deal with his addiction to using heroin. This is the same drug being given to inmates at Santa Ana jail by the Marshal's service for the same purpose. Because Shepley came to the jail before inmates were being prescribed the drug he has not been able to be part of that program. The inmates who do qualify apparently received the prescription before being sent to the Santa Ana jail. The drug, suboxone, is a combination of two drugs- buprenorphine and naloxone – that work chemically to decrease the severity of withdrawal symptoms and reduce a patient's dependence on opioids in the long term. According to what I read on the internet, it can be used as an induction agent to stabilize someone in withdrawal during the medical detoxification process as well as for maintenance treatment to promote recovery from opioid use disorder. Shepley badly wants the drug to help him deal with his addiction and lessen his desire to use heroin. I intend to ask the Judge at the change of plea hearing for an order requesting the Marshal's service to give the drug to Shepley consistent with what they give to other inmates in similar circumstances. It might require more specific language but in the meantime I wanted to give you a heads up on what Vicki and I intend to do. Thanks.

Victor Sherman
Law Offices of Victor Sherman, APLC
11400 West Olympic Bl., Suite 1500
Los Angeles, California 90064
T. (424) 371-5930   F. (310) 392-9029
C. (213) 268-3401
E. victor@victorsherman.law

Confidentiality Notice: The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please immediately return the original transmission to us at the email address above. Thank you.

**From:** Elizabeth Preciado <elizabeth@victorsherman.law>
**Sent:** Wednesday, April 12, 2023 12:03 PM
**To:** Victor Sherman <victor@victorsherman.law>
**Subject:** Shepley

# EXHIBIT A

# Burt's Pharmacy
2333 Borchard Rd.
NEWBURY PARK, CA 91320
Phone:(805) 498-6675 Fax:(805) 498-8017
Fed. Id:27-0306027 NABP:0550500
NPI:1235255886

04/06/2023

**NAME:** SHEPLEY, BRADFORD
2158 HIGHGATE RD
WESTLAKE VILLAGE, CA 91361
Phone:(805) 905-1375 Cell:( )
DOB: 07/10/1985

## Profile From: 01/01/2015 thru 02/01/2020

| Fill Date | Rx Num | Qty | Drug | NDC | Doctor | Copay | Rx Fill Number |
|---|---|---|---|---|---|---|---|
| 12/14/2015 | 4058196 | 30 | *CLONAZEPAM 1MG | 00185-0064-10 | MOHAMMAD, AKIKUR REZA | $18.660 | |
| 12/14/2015 | 4058195 | 60 | SUBOXONE 8MG/2MG SL FILM | 12496-1208-03 | MOHAMMAD, AKIKUR REZA | $0.000 | |
| 02/23/2016 | 4059173 | 60 | SUBOXONE 8MG/2MG SL FILM | 12496-1208-03 | MOHAMMAD, AKIKUR REZA | $0.000 | |
| 05/25/2017 | 4066159 | 90 | *BUPRENORPHIN SUB 8MG | 00228-3153-03 | MOHAMMAD, AKIKUR | $0.000 | |
| 05/25/2017 | 7091360 | 120 | *GABAPENTIN 600MG | 68001-0006-03 | MOHAMMAD, AKIKUR | $0.000 | |
| 05/25/2017 | 7091359 | 60 | *LEVETIRACETA 500MG | 68001-0117-03 | MOHAMMAD, AKIKUR | $0.000 | |
| 05/25/2017 | 7091358 | 30 | CLONIDINE 0.1MG | 68001-0237-03 | MOHAMMAD, AKIKUR | $0.000 | |
| 05/25/2017 | 4066158 | 30 | *CLONAZEPAM 1MG | 00185-0064-10 | MOHAMMAD, AKIKUR | $0.000 | |
| 05/25/2017 | 4066157 | 90 | SUBOXONE 8MG/2MG SL FILM | 12496-1208-03 | MOHAMMAD, AKIKUR | $18.660 | |

Pharmacist: *(signature)*

1 of 1